1  Heather E. Borlase, Esq. (SBN 216729)
   Alan B. Bayer, Esq. (SBN 216706)
2  BAYER & BORLASE
   912 Cole Street #238
3  San Francisco CA 94117
   Telephone:  (415) 558-9960
4  Facsimile:  (415) 558-9970

5  Attorneys for Plaintiff
   CARRISSA KNOBLOCK
6
   BRADLEY KAMPAS (State Bar No. 111639)
7  CARA CHING-SENAHA (State Bar No. 209467)
   JACKSON LEWIS LLP
8  199 Fremont Street, 10th Floor
   San Francisco, CA  94105
9  Telephone     (415) 394-9400
   Facsimile     (415) 394-9401
10 Email: kampasb@jacksonlewis.com
   Email: ching-senahac@jacksonlewis.com
11
   Attorneys for Defendant
12 ROLLER & HAPGOOD, INC. d/b/a/ ROLLER &
   HAPGOOD & TINNEY
13
                  UNITED STATES DISTRICT COURT
14
        FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
15

16 | CARRISSA KNOBLOCK | Case No.  C 09-03109 JF |

17              Plaintiff,

18       v.                                    **JOINT STIPULATION REGARDING
                                                DISCOVERY AND PRIVATE
19 ROLLER, HAPGOOD & TINNEY, a California      MEDIATION; ~~PROPOSED~~ ORDER**
   business, form unknown, DOES 1-50,
20
              Defendant(s).
21

22

23       COME  NOW  Plaintiff  CARRISSA  KNOBLOCK  and  Defendant  ROLLER  &

24 HAPGOOD, INC. d/b/a/ ROLLER & HAPGOOD & TINNEY (incorrectly sued as "ROLLER,

25 HAPGOOD & TINNEY") (collectively hereinafter the "Parties"), through their respective

26 counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

27       The Parties hereby stipulate and agree:

28
                                        -1-

1.     The Parties have agreed to participate in private mediation before the Hon. Edward A. Panelli (ret). Said mediation has been scheduled for October 15, 2009, the first date on which the Parties, their counsel of record, and the mediator were mutually available; and

2.     So that the Parties may focus their energy, time and efforts on the October 15th mediation, the Parties have agreed, and they hereby request the Court's permission, to advance the date of the initial case management conference. The initial case management conference is currently scheduled to take place on Friday, October 30, 2009 at 9:00 a.m., before the Honorable Jeremy Fogel. The parties request to advance the case management conference date from October 30, 2009 to either November 20 or November 6, 2009 at 10:30 a.m., assuming the matter does not resolve at mediation, subject to the Court's availability; and

3.     So that the Parties may focus their energy, time and efforts on the October 15th mediation, the Parties have agreed to stay discovery and to advance discovery-related dates. By way of this Joint Stipulation, the Parties hereby request an Order from this Court adopting the following new dates:

     a.  Under the Parties' agreement, and subject only to the approval of this Court:

          i.  the Parties agree, and hereby request the Court's permission, to advance the date by which the Parties are required to meet and confer re: initial disclosures and discovery plan. The date would be advanced to November 16, 2009, assuming the matter does not resolve at mediation; and

          ii.  the Parties agree, and hereby request the Court's permission, to advance the date for simultaneous exchange of initial disclosures. The date would be advanced to December 11, 2009, assuming the matter does not resolve at mediation; and

          iii.  the Parties note that by the time of filing of this Joint Stipulation, the Parties will have already filed or will be filing shortly thereafter the ADR Certification regarding their agreement to proceed to private mediation, as stated above; and

-2-

1    4.    So that the Parties may focus their energy, time and efforts on the October 15th

2  mediation, the Parties have further agreed, subject only to the approval of this Court, that they

3  shall not engage in any discovery of any type in this matter until thirty (30) days after the

4  mediation that is scheduled for October 15th.   In other words, all discovery shall be stayed until

5  30 days after the mediation.

6  SO STIPULATED.

7  DATED: September 22, 2009          **BAYER & BORLASE**

8

9                                    By: _____
                                     Heather E. Borlase, Esq. (SBN 216729)
10                                   Alan B. Bayer, Esq. (SBN 216706)
                                     Attorneys for Plaintiff
11                                   Carrissa Knoblock

12

13                                   Respectfully Submitted,

14  DATED: September 21, 2009         **JACKSON LEWIS, LLP**

15

16                                   By: _/s/ Cara Ching-Senaha_
                                     BRADLEY KAMPAS (SBN 11639)
                                     CARA CHING-SENAHA (SBN 209467)
17                                   Attorneys for Defendant,
                                     ROLLER & HAPGOOD, INC. d/b/a/ ROLLER
18                                   & HAPGOOD & TINNEY

19

20                                   **ORDER**

21    The Parties having stipulated to the foregoing, and GOOD CAUSE appearing

22  therefore, IT IS HEREBY ORDERED:

23          1.  That the Parties are required to meet and confer re their initial

24              disclosures and discovery plan by no later than November 16, 2009; and

25          2.  the Parties shall simultaneously exchange their initial disclosures on

26              December 11, 2009; and

27          3.  the Parties shall not engage in any discovery of any type in this matter

28              until thirty (30) days after the mediation that is scheduled on October

-3-

15, 2009; and

2.   That the Initial Case Management Conference in this case shall be rescheduled

from the current date of October 30, 2009, to _____November 20, 2009_____ at

10__:30 a_.m., Courtroom 5, 4ᵗʰ Floor, SJ.
3, 5th

IT IS SO ORDERED.

DATED: September ___, 2009
        October 1

_____
UNITED STATES DISTRICT COURT JUDGE
HON. JEREMY FOGEL

-4-